Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:   (602) 510-9409
Facsimile:   (602) 773-0370
Attorneys for Plaintiff Theresa Brooke

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MELISSA T. DAUGHERTY, SB# 227451
  E-Mail: Melissa.Daugherty@lewisbrisbois.com
AMANDA L. MAZIN, SB# 316972
  E-Mail: Amanda.Mazin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
Attorneys for Defendants Harbor Hotel Associates, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HARBOR HOTEL ASSOCIATES, LLC, a California limited liability company dba Comfort Inn,<br><br>　　　　　Defendant. | CASE NO. 3:18-cv-02537-L-WVG<br><br>The Hon. William V. Gallo<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)**<br><br>Action Filed:　November 5, 2018<br><br>Trial Date:　　None |

Pursuant to Rule 41 (a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the parties hereby apply to the Court to dismiss this action with prejudice as to all parties. Each party will bear her or its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

DATED: February 20, 2019    THE STROJNIK FIRM LLC

By: /s/ Peter K. Strojnik
Peter Kristofer Strojnik
Attorneys for Plaintiff Theresa Brooke

DATED: February 20, 2019    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Amanda L. Mazin
Melissa T. Daugherty
Amanda L. Mazin
Attorneys for Defendant Harbor Hotel Associates, LLC